IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSE COLON,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 11-cv-1464 |
| | : | |
| **ASHFORD BUCK COUNTY, LLC d/b/a** | : | |
| **SHERATON BUCKS COUNTY HOTEL and** | : | |
| **ASHFORD TRS SAPPHIRE VI, LLC d/b/a** | : | |
| **SHERATON BUCKS COUNTY HOTEL and** | : | |
| **REMINGTON LODGING and** | : | |
| **HOSPITALITY LP and** | : | |
| **OTIS ELEVATOR COMPANY,** | : | |
| Defendants. | : | |

### O R D E R

**AND NOW**, this  9th  day of August, 2012, upon consideration of Plaintiff's Motion to Compel (Docket No. 27), Defendants' Response in Opposition (Docket No. 30), and Plaintiff's Reply thereto (Docket No. 32), **IT IS HEREBY ORDERED** that Plaintiff's motion to compel is **DENIED**.  However, Plaintiff may conduct limited written discovery as noted within the accompanying Memorandum.

It is **FURTHER ORDERED** that the parties shall bear their own attorney fees incurred in connection with this discovery motion.

BY THE COURT:


 /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE