IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSE COLON,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | **No.: 11-cv-1464** |
| | : | |
| **ASHFORD BUCK COUNTY, LLC d/b/a** | : | |
| **SHERATON BUCKS COUNTY HOTEL and** | : | |
| **ASHFORD TRS SAPPHIRE VI, LLC d/b/a** | : | |
| **SHERATON BUCKS COUNTY HOTEL and** | : | |
| **REMINGTON LODGING and** | : | |
| **HOSPITALITY LP and** | : | |
| **OTIS ELEVATOR COMPANY,** | : | |
| Defendants. | : | |

# O R D E R

**AND NOW**, this   6TH   day of November, 2012, upon consideration of Defendants Ashford Bucks County, LLC, Ashford TRS Sapphire VI, LLC, and Remington Lodging & Hospitality, LLCs' Motion for Summary Judgment (Doc. No. 33), Plaintiff's response in opposition (Doc. No. 40), Defendants' reply (Doc. No. 45) and Plaintiff's sur-reply (Doc. No. 49), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE