## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSE COLON,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **No.: 11-cv-1464** |
| | : | |
| **ASHFORD BUCK COUNTY, LLC d/b/a** | : | |
| **SHERATON BUCKS COUNTY HOTEL and** | : | |
| **ASHFORD TRS SAPPHIRE VI, LLC d/b/a** | : | |
| **SHERATON BUCKS COUNTY HOTEL and** | : | |
| **REMINGTON LODGING and** | : | |
| **HOSPITALITY LP and** | : | |
| **OTIS ELEVATOR COMPANY,** | : | |
| **Defendants.** | : | |

## O R D E R

**AND NOW**, this __6TH__ day of November, 2012, upon consideration of Defendant

Otis Elevator Company's Motion for Summary Judgment (Doc. No. 34) and  Plaintiff's response

in opposition (Doc. No. 39), and for the reasons set forth in the accompanying Memorandum, **IT**

**IS HEREBY ORDERED** that the motion is **DENIED**.


BY THE COURT:


 /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE