IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE COLON, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 11-cv-1464 |
| | : | |
| ASHFORD BUCK COUNTY, LLC d/b/a | : | |
| SHERATON BUCKS COUNTY HOTEL and | : | |
| ASHFORD TRS SAPPHIRE VI, LLC d/b/a | : | |
| SHERATON BUCKS COUNTY HOTEL and | : | |
| REMINGTON LODGING and | : | |
| HOSPITALITY LP and | : | |
| OTIS ELEVATOR COMPANY, | : | |
| Defendants. | : | |

**O R D E R**

AND NOW, this   7TH   day of November, 2012, upon consideration of Defendant Remington Lodging & Hospitality, LLC's Motion for Summary Judgment (Doc. No. 31) and Plaintiff's response in opposition (Doc. No. 35), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the motion is **GRANTED**.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE